**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: PATRICIA A. DOMIS, | ) 13-22475 JAD |
| | ) |
| Debtor. | ) Chapter 13 |
| | ) |
| PATRICIA A. DOMIS, | ) |
| | ) |
| Movant, | ) Docket No. 158 |
| | ) Related to Docket Nos. 154, 156 |
| vs. | ) |
| | ) |
| | ) Hearing Date & Time: 10/05/2016 |
| NO RESPONDENTS. | )               at 9:00 a.m. |

**CERTIFICATE OF NO OBJECTION REGARDING**
**Motion To Convert From Chapter 13 To Chapter 7**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion To Convert From Chapter 13 To Chapter 7 has been received. The undersigned further certifies that the Court's docket in this case reviewed and no answer, objection or other responsive pleading to the Motion To Convert From Chapter 13 To Chapter 7 appears thereon. Pursuant to the Hearing Notice attached with the Motion To Convert From Chapter 13 To Chapter 7, objections to the Motion To Convert From Chapter 13 To Chapter 7 were to be filed and served no later than September 1, 2016.

It is hereby respectfully requested that an order be entered by the Court with respect to the Motion To Convert From Chapter 13 To Chapter 7.

By: /s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtor
PA I.D. No. 56914
rodsheph@cs.com

2403 Sidney Street
Suite 208
Pittsburgh, PA 15203
(412) 471-9670

Date: 09/07/2016