Form 132

**UNITED STATES BANKRUPTCY COURT**  
**WESTERN DISTRICT OF PENNSYLVANIA**

161  
gamr

In re:  Bankruptcy Case No.: 13–22475–JAD

Chapter: 7

**Patricia A. Domis**
  Debtor(s)

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE AND DETERMINATION OF TRUSTEE BOND

   Jeffrey J. Sikirica is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

   In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

 Dated: 9/8/16

**Andrew R. Vara**  
Acting United States Trustee

**Joseph S. Sisca**  
Assistant United States Trustee  
Western District of Pennsylvania

---

I Jeffrey J. Sikirica, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

Jeffrey J. Sikirica

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                           Case No. 13-22475-JAD
Patricia A. Domis                                                Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: gamr              Page 1 of 1              Date Rcvd: Sep 08, 2016
                             Form ID: 132            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2016.
tr             +Jeffrey J. Sikirica,    BLUMLING & GUSKY, LLP,    1200 Koppers Building,    436 Seventh Avenue,
                 Pittsburgh, PA 15219-1848

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr*            +Jeffrey J. Sikirica,    BLUMLING & GUSKY, LLP,    1200 Koppers Building,    436 Seventh Avenue,
                 Pittsburgh, PA 15219-1848
                                                                                           TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2016                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Pontus Investment Portfolio I, LLC.
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    trusteesikirica@consolidated.net,
               PA59@ecfcbis.com;a.a.farrell@comcast.net;KTosadori@bglaw-llp.com;JSikirica@bglaw-llp.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Swissvale jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Woodland Hills School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Rodney D. Shepherd    on behalf of Plaintiff Patricia A. Domis rodsheph@cs.com
              Rodney D. Shepherd    on behalf of Debtor Patricia A. Domis rodsheph@cs.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas J. Michael    on behalf of Creditor    JD Contracting & Construction, Inc.
               tmichael@tjmandassociates.com
              Thomas J. Michael    on behalf of Defendant    J.D. Contracting & Construction, Inc.
               tmichael@tjmandassociates.com
                                                                                             TOTAL: 12