**DEFAULT O/E JAD**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankr. No. 13-22475 JAD |
| PATRICIA A. DOMIS, | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | |
| PATRICIA A. DOMIS, | ) | Docket No. 154 |
| | ) | Related to Docket No. 1, 50, 55 |
| Movant, | ) | |
| | ) | Hearing Date & Time: 10/5/2016 at 9:00 a.m. |
| vs. | ) | |
| | ) | |
| NO RESPONDENTS. | ) | |

### ORDER OF COURT

AND NOW, this ___8th___ day of ___September___, 2016, at Pittsburgh, Pennsylvania, upon Motion of Patricia A. Domis, it is:

**ORDERED AND DECREED** that the above-referenced case at 13-22475 JAD is re-converted to a case under Chapter 7.

_____
Jeffery A. Deller
United Stated Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
All Creditors and Parties in Interest

FILED
9/8/16 8:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 13-22475-JAD
Patricia A. Domis                                                      Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: gamr              Page 1 of 3             Date Rcvd: Sep 08, 2016
                             Form ID: pdf900         Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2016.
```
db          +Patricia A. Domis,    201 Lilmont Drive,    Pittsburgh, PA 15218-2210
tr          +Jeffrey J. Sikirica,    BLUMLING & GUSKY, LLP,    1200 Koppers Building,    436 Seventh Avenue,
              Pittsburgh, PA 15219-1848
cr           Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
13798232    +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
              El Segundo, CA 90245-3504
13654361    +Borough of Swissvale,    Thomas S. Barr, Jr., Tax Collector,    7447 Washington Street,
              Pittsburgh, PA 15218-2581
13768983    +Borough of Swissvale,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101
13768981    +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101
13701745   ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
             (address filed with court: DirecTV,    P.O. Box 11732,    Newark, NJ 07101-4732)
13654365    +DSNB/Macys,    P.O. Box 8218,    Mason, OH 45040-8218
13654364    +Donna Perrin,    699 McKee Avenue,    Monessen, PA 15062-1045
13654366     Duquense Light,    Payment Processing Center,    P.O. Box 67,    Pittsburgh, PA 15267-0001
13654367    +Duquense Light Company,    c/o Penn Credit Corporation,    916 S. 14th Street,
              Harrisburg, PA 17104-3425
13654369    +HSBC/Saks Fifth Avenue,    P.O. Box 30253,    Salt Lake City, UT 84130-0253
13738588     J.D. Contracting & Construction, Inc.,    7510 Dixon Street,    Pittsburgh, PA  15218
13654370    +J.D. Contracting and Construction, Inc.,    7510 Dickson Street,    Pittsburgh, PA 15218-2506
13759676     JD Contracting & Construction, Inc.,    7510 Dixon Street,    Pittsburgh, PA  15218
13701740     JP Roofing & Building,    1428 Rt. 30,    N. Versailles, PA 15137
13701738     Kevin E. McDonald,    Plumbing, Heating & Cooling,    15 Blackberry Lane,
              Jeannette, PA 15644-3011
13654371    +LVNV Funding,    c/o Thomas W. Smith, Esquire,    712 Darby Road,    Havertown, PA 19083-4606
13654372    +Mark Allen Plumbing & Heating,    4905 Library Road,    Bethel Park, PA 15102-2809
13654373     Miami Dade Clerk of Courts,    c/o Penn Credit,    916 S. 14th Street,    P.O. Box 988,
              Harrisburg, PA 17108-0988
13654374     Peoples Natural Gas,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
13654376     Pittsburgh Parking Court,    c/o Professional Account Management,    Collection Services Division,
              P.O. Box 391,    Milwaukee, WI 53201-0391
13654375     Pittsburgh Parking Court,    P.O. Box 640,    Pittsburgh, PA 15230-0640
13654381    #+Thomas J. Michael & Associates,    436 S. Main Street,    Second Floor,
              Pittsburgh, PA 15220-5532
13654384    +UPMC Magee Women’s Hospital,    c/o State Collection Services,    P.O. Box 6250,
              Madison, WI 53716-0250
13654385    +UPMC Mercy Hospital,    c/o State Collection Service,    P.O. Box 6250,    Madison, WI 53716-0250
13654387    +UPMC Physician Services,    c/o State Collection Services,    P.O. Box 6250,
              Madison, WI 53716-0250
13654389    +Verizon,    500 Technology Drive,    Suite 550,    Weldon Spring, MO 63304-2225
13654388     Verizon,    P.O. Box 920041,    Dallas, TX 75392-0041
13654390     Woodland Hills S.D.,    c/o Jordan Tax Service,    102 Rahway Road,    McMurray, PA 15317-3349
13768982    +Woodland Hills SD,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           E-mail/PDF: rmscedi@recoverycorp.com Sep 09 2016 01:44:26
              Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
              Miami, FL  33131-1605
cr          +E-mail/Text: giglmi@whsd.net Sep 09 2016 01:48:08      Woodland Hills School District,
              Administrative Office,    2430 Greensburg Pike,    Pittsburgh, PA 15221-3611
13767650     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 09 2016 01:44:38
              American InfoSource LP as agent for,    Verizon,    PO Box 248838,
              Oklahoma City, OK  73124-8838
13664235    +E-mail/Text: bnc@atlasacq.com Sep 09 2016 01:47:37      Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
13654362     E-mail/Text: bk.notifications@jpmchase.com Sep 09 2016 01:47:44      Chase Auto Finance,
              P.O. Box 78050,    Phoenix, AZ 85062-8050
13654363    +E-mail/Text: bk.notifications@jpmchase.com Sep 09 2016 01:47:44      Chase Auto Finance,
              P.O. Box 901076,    Fort Worth, TX 76101-2076
13654368    +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 09 2016 01:44:27
              HSBC/Saks Fifth Avenue,    c/o LVNV Funding,    P.O. Box 10497,    Greenville, SC 29603-0497
13783780     E-mail/Text: bk.notifications@jpmchase.com Sep 09 2016 01:47:44      JP Morgan Chase Bank, N.A.,
              National Bankruptcy Department,    P.O. Box 29505, AZ1-1191,    Phoenix, AZ 85038-9505
13664507     E-mail/PDF: rmscedi@recoverycorp.com Sep 09 2016 01:44:27
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
13654378     E-mail/PDF: cbp@springleaf.com Sep 09 2016 01:44:09      Springleaf,    P.O. Box 18142,
              Pittsburgh, PA 15236-0142
13654379     E-mail/PDF: cbp@springleaf.com Sep 09 2016 01:44:25      Springleaf Financial Services,
              710 Clairton Blvd.,    Suite 1,    Pittsburgh, PA 15236-4650
```

```
District/off: 0315-2              User: gamr                 Page 2 of 3                   Date Rcvd: Sep 08, 2016
                                  Form ID: pdf900            Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13797699          E-mail/PDF: cbp@springleaf.com Sep 09 2016 01:44:08      Springleaf Financial Services,
                 P.O. Box 3251,   Evansville, IN 47731-3251
13654380          E-mail/PDF: cbp@springleaf.com Sep 09 2016 01:44:42      Springleaf Financial Services,
                 P.O. Box 742536,   Cincinnati, OH 45274-2536
13654382         +E-mail/Text: bankruptcydpt@mcmcg.com Sep 09 2016 01:47:55      Tribute Mastercard,
                 c/o Midland Credit Management,   8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
13654383         +E-mail/Text: bankruptcydepartment@tsico.com Sep 09 2016 01:48:07      UPMC Magee,
                 c/o NCO Financial,   P.O. Box 15270,   Wilmington, DE 19850-5270
13654386         +E-mail/Text: bankruptcydepartment@tsico.com Sep 09 2016 01:48:07      UPMC Physician Services,
                 c/o NCO Financial,   P.O. Box 15270,   Wilmington, DE 19850-5270
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              Borough of Swissvale
cr              Pontus Investment Portfolio I, LLC.
cr*            +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
cr*             JD Contracting & Construction, Inc.,   7510 Dixon Street,   Pittsburgh,, PA  15218
13745973*      +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
13654377       ##+Pontus Capital,   7825 Fay Avenue,   Suite 360,   La Jolla, CA 92037-4252
13923914       ##+Pontus Investment Portfolio I, LLC.,   c/o Pontus Capital, LLC,   7825 Fay Ave, Suite 360,
                 La Jolla, CA 92037-4252
                                                                                         TOTALS: 3, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2016 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    Pontus Investment Portfolio I, LLC.
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    trusteesikirica@consolidated.net,
               PA59@ecfcbis.com;a.a.farrell@comcast.net;KTosadori@bglaw-llp.com;JSikirica@bglaw-llp.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Swissvale jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Woodland Hills School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Rodney D. Shepherd    on behalf of Plaintiff Patricia A. Domis rodsheph@cs.com
              Rodney D. Shepherd    on behalf of Debtor Patricia A. Domis rodsheph@cs.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas J. Michael    on behalf of Creditor    JD Contracting & Construction, Inc.
               tmichael@tjmandassociates.com
```

```
District/off: 0315-2          User: gamr              Page 3 of 3            Date Rcvd: Sep 08, 2016
                              Form ID: pdf900         Total Noticed: 48
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Thomas J. Michael    on behalf of Defendant    J.D. Contracting & Construction, Inc.
           tmichael@tjmandassociates.com

                                                                                         TOTAL: 12