## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN: PATRICIA A. DOMIS, | ) Bankruptcy No. 13-22475 JAD |
| | ) |
| Debtor. | ) Chapter 7 |
| | ) |
| | ) Docket No. 166 |
| | ) Related to Docket No. 159 |

## 1019 REPORT

The Debtor in the above-captioned case has filed all schedules of unpaid debts after the commencement of the Chapter 13 Bankruptcy, as required by 1019(5). All schedules pursuant to 1019 (1)(a) & 1007(b) have already been filed.

Date: 09/16/2016

/s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtor
PA I.D. No. 56914

2403 Sidney Street
Suite 208
Pittsburgh, PA 15203
(412) 471-9670
rodsheph@cs.com