**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN: PATRICIA A. DOMIS, | ) Bankruptcy No. 13-22475 JAD |
| | ) |
| Debtor. | ) Chapter 7 |
| | ) |
| | ) Docket No. 167 |
| | ) Related to Docket No. 159, 166 |

**1019 REPORT-RECONVERSION FROM CHAPTER 13 TO CHAPTER 7**

  The Debtor in the above-captioned case has filed all schedules of unpaid debts after the commencement of the Chapter 13 Bankruptcy, as required by 1019(5) and 1019 (5)(B) and (C). All schedules pursuant to 1019 (1)(a) & 1007(b) have already been filed.

Date: 09/16/2016           /s/ Rodney D. Shepherd
                Rodney D. Shepherd, Esquire
                Attorney for the Debtor
                PA I.D. No. 56914

                2403 Sidney Street
                Suite 208
                Pittsburgh, PA 15203
                (412) 471-9670
                rodsheph@cs.com