**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

PATRICIA A. DOMIS

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:13-22475 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/10/2013 and confirmed on 02/11/2014 . The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 35,694.15 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 35,689.15 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 4,931.35 | |
|     Trustee Fee | 1,307.77 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,239.12 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| PONTUS INVESTMENT PORTFOLIO I LLC | 0.00 | 13,600.00 | 0.00 | 13,600.00 |
|     Acct: XXXXXXXXXX1/13 | | | | |
| PONTUS INVESTMENT PORTFOLIO I LLC | 7,291.50 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXX0/13 | | | | |
| SWISSVALE BOROUGH (RE) | 2,711.04 | 0.00 | 98.13 | 98.13 |
|     Acct: XXXXXXXXXX9-12 | | | | |
| WOODLAND HILLS SD (SWISSVALE)(RE) | 7,635.76 | 0.00 | 298.76 | 298.76 |
|     Acct: XXXXXXXXXX8-12 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 1,056.88 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXX1-13 | | | | |
| SWISSVALE BOROUGH (RE) | 938.93 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXX-INT | | | | |
| SWISSVALE BOROUGH (REFUSE) | 530.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXX0-13 | | | | |
| SWISSVALE BOROUGH (REFUSE) | 112.97 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXX-INT | | | | |
| WOODLAND HILLS SD (SWISSVALE)(RE) | 2,483.45 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXX-INT | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 532.37 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXX-INT | | | | |
| JPMORGAN CHASE BANK NA | 20,237.68 | 12,238.73 | 1,620.39 | 13,859.12 |
|   Acct: XXXXXXXXX1/13 | | | | |
| SPRINGLEAF FINANCIAL SVCS OF PA INC | 2,180.03 | 1,070.78 | 523.24 | 1,594.02 |
|   Acct: 0969 | | | | |
| | | | | 29,450.03 |
| **Priority** | | | | |
| RODNEY D SHEPHERD ESQ | 2,630.00 | 2,630.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PATRICIA A. DOMIS | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PATRICIA A. DOMIS | 5.00 | 5.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| LAW OFFICES OF RODNEY SHEPHERD | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| RODNEY D SHEPHERD ESQ | 5,095.11 | 1,277.52 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXX8-14 | | | | |
| RODNEY D SHEPHERD ESQ | 1,023.83 | 1,023.83 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXX6-15 | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3001 | | | | |
| JD CONTRACTING AND CONSTRUCTION INC | 21,537.17 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXX3598 | | | | |
| DONNA PERRIN | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
| DEPARTMENT STORES NATIONAL BANK/M | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
| MARK ALLEN PLUMBING AND HEATING | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1572 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1869 | | | | |
| PITTSBURGH PARKING COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 5250 | | | | |
| PITTSBURGH PARKING COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3482 | | | | |
| PITTSBURGH PARKING COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0994 | | | | |
| SPRINGLEAF FINANCIAL SVCS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2520 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
| NCO FINANCIAL SYSTEMS INC** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
| NCO FINANCIAL SYSTEMS INC** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: ? | | | | |
| VERIZON(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6309 | | | | |
| ATLAS ACQUISITIONS LLC(++) | 6,029.06 | 0.00 | 0.00 | 0.00 |
| Acct: 9969 | | | | |
| ATLAS ACQUISITIONS LLC(++) | 820.50 | 0.00 | 0.00 | 0.00 |
| Acct: 6098 | | | | |
| AMERICAN INFOSOURCE LP AGNT-DIRECT | 686.49 | 0.00 | 0.00 | 0.00 |
| Acct: 4778 | | | | |
| JP ROOFING AND BUILDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| KEVIN E MCDONALD PLUMBING HEATING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR V | 2,375.07 | 0.00 | 0.00 | 0.00 |
| Acct: 2763 | | | | |
| GE CAPITAL RETAIL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXPRAE | | | | |
| ATLAS ACQUISITIONS LLC(++) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

*** N O N E ***

TOTAL PAID TO CREDITORS                                                                                       29,450.03

TOTAL CLAIMED
PRIORITY            0.00
SECURED         45,710.61
UNSECURED       31.448.29

Date: 09/29/2016                                    /s/ Ronda J. Winnecour
                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com