**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Patricia A. Domis** | Social Security number or ITIN **xxx–xx–5710** |
| | First Name  Middle Name  Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN ____ |
| | | EIN __–_____ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **13–22475–JAD**

## Order of Discharge                                                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Patricia A. Domis

10/18/16                                                       **By the court:**  Jeffery A. Deller
                                                                                                 United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 13-22475-JAD
Patricia A. Domis                                                      Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr               Page 1 of 2              Date Rcvd: Oct 18, 2016
                              Form ID: 318             Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2016.
```
db          +Patricia A. Domis,    201 Lilmont Drive,    Pittsburgh, PA 15218-2210
tr          +Jeffrey J. Sikirica,    BLUMLING & GUSKY, LLP,    1200 Koppers Building,    436 Seventh Avenue,
              Pittsburgh, PA 15219-1848
cr           Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
13798232    +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
              El Segundo, CA 90245-3504
13654361    +Borough of Swissvale,    Thomas S. Barr, Jr., Tax Collector,    7447 Washington Street,
              Pittsburgh, PA 15218-2581
13768983    +Borough of Swissvale,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101
13768981    +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101
13654364    +Donna Perrin,    699 McKee Avenue,    Monessen, PA 15062-1045
13654366     Duquense Light,    Payment Processing Center,    P.O. Box 67,    Pittsburgh, PA 15267-0001
13654367    +Duquense Light Company,    c/o Penn Credit Corporation,    916 S. 14th Street,
              Harrisburg, PA 17104-3425
13738588     J.D. Contracting & Construction, Inc.,    7510 Dixon Street,    Pittsburgh, PA 15218
13654370    +J.D. Contracting and Construction, Inc.,    7510 Dickson Street,    Pittsburgh, PA 15218-2506
13759676     JD Contracting & Construction, Inc.,    7510 Dixon Street,    Pittsburgh, PA 15218
13701740     JP Roofing & Building,    1428 Rt. 30,    N. Versailles, PA 15137
13701738     Kevin E. McDonald,    Plumbing, Heating & Cooling,    15 Blackberry Lane,
              Jeannette, PA 15644-3011
13654371    +LVNV Funding,    c/o Thomas W. Smith, Esquire,    712 Darby Road,    Havertown, PA 19083-4606
13654372    +Mark Allen Plumbing & Heating,    4905 Library Road,    Bethel Park, PA 15102-2809
13654373     Miami Dade Clerk of Courts,    c/o Penn Credit,    916 S. 14th Street,    P.O. Box 988,
              Harrisburg, PA 17108-0988
13654374     Peoples Natural Gas,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
13654376     Pittsburgh Parking Court,    c/o Professional Account Management,    Collection Services Division,
              P.O. Box 391,    Milwaukee, WI 53201-0391
13654375     Pittsburgh Parking Court,    P.O. Box 640,    Pittsburgh, PA 15230-0640
13654377    +Pontus Capital,    7825 Fay Avenue,    Suite 360,    La Jolla, CA 92037-4252
13923914    +Pontus Investment Portfolio I, LLC.,    c/o Pontus Capital, LLC,    7825 Fay Ave, Suite 360,
              La Jolla, CA 92037-4252
13654381    #+Thomas J. Michael & Associates,    436 S. Main Street,    Second Floor,
              Pittsburgh, PA 15220-5532
13654384    +UPMC Magee Women’s Hospital,    c/o State Collection Services,    P.O. Box 6250,
              Madison, WI 53716-0250
13654385    +UPMC Mercy Hospital,    c/o State Collection Service,    P.O. Box 6250,    Madison, WI 53716-0250
13654387    +UPMC Physician Services,    c/o State Collection Services,    P.O. Box 6250,
              Madison, WI 53716-0250
13654390     Woodland Hills S.D.,    c/o Jordan Tax Service,    102 Rahway Road,    McMurray, PA 15317-3349
13768982    +Woodland Hills SD,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 19 2016 02:03:10      Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
cr           EDI: RECOVERYCORP.COM Oct 19 2016 01:48:00      Recovery Management Systems Corporation,
              25 S.E. Second Avenue,    Suite 1120,    Miami, FL  33131-1605
cr          +E-mail/Text: giglmi@whsd.net Oct 19 2016 02:03:45      Woodland Hills School District,
              Administrative Office,    2430 Greensburg Pike,    Pittsburgh, PA 15221-3611
13767650     EDI: AIS.COM Oct 19 2016 01:48:00      American InfoSource LP as agent for,    Verizon,
              PO Box 248838,    Oklahoma City, OK   73124-8838
13664235    +EDI: ATLASACQU.COM Oct 19 2016 01:49:00      Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
13654362     EDI: CAUT.COM Oct 19 2016 01:48:00      Chase Auto Finance,    P.O. Box 78050,
              Phoenix, AZ 85062-8050
13654363    +EDI: CAUT.COM Oct 19 2016 01:48:00      Chase Auto Finance,    P.O. Box 901076,
              Fort Worth, TX 76101-2076
13701745     EDI: DIRECTV.COM Oct 19 2016 01:49:00      DirecTV,    P.O. Box 11732,    Newark, NJ 07101-4732
13654365    +EDI: TSYS2.COM Oct 19 2016 01:49:00      DSNB/Macys,    P.O. Box 8218,    Mason, OH 45040-8218
13654368    +EDI: RESURGENT.COM Oct 19 2016 01:49:00      HSBC/Saks Fifth Avenue,    c/o LVNV Funding,
              P.O. Box 10497,    Greenville, SC 29603-0497
13654369    +EDI: HFC.COM Oct 19 2016 01:49:00      HSBC/Saks Fifth Avenue,    P.O. Box 30253,
              Salt Lake City, UT 84130-0253
13783780     EDI: CAUT.COM Oct 19 2016 01:48:00      JP Morgan Chase Bank, N.A.,
              National Bankruptcy Department,    P.O. Box 29505, AZ1-1191,    Phoenix, AZ 85038-9505
13664507     EDI: RECOVERYCORP.COM Oct 19 2016 01:48:00      Recovery Management Systems Corporation,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13654378     EDI: AGFINANCE.COM Oct 19 2016 01:48:00      Springleaf,    P.O. Box 18142,
              Pittsburgh, PA 15236-0142
13654379     EDI: AGFINANCE.COM Oct 19 2016 01:48:00      Springleaf Financial Services,    710 Clairton Blvd.,
              Suite 1,    Pittsburgh, PA 15236-4650
```

```
District/off: 0315-2          User: gamr                Page 2 of 2              Date Rcvd: Oct 18, 2016
                              Form ID: 318              Total Noticed: 51

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13797699         EDI: AGFINANCE.COM Oct 19 2016 01:48:00      Springleaf Financial Services,   P.O. Box 3251,
                 Evansville, IN 47731-3251
13654380         EDI: AGFINANCE.COM Oct 19 2016 01:48:00      Springleaf Financial Services,   P.O. Box 742536,
                 Cincinnati, OH 45274-2536
13654382        +EDI: MID8.COM Oct 19 2016 01:48:00    Tribute Mastercard,    c/o Midland Credit Management,
                 8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
13654383        +E-mail/Text: bankruptcydepartment@tsico.com Oct 19 2016 02:03:43      UPMC Magee,
                 c/o NCO Financial,   P.O. Box 15270,   Wilmington, DE 19850-5270
13654386        +E-mail/Text: bankruptcydepartment@tsico.com Oct 19 2016 02:03:44      UPMC Physician Services,
                 c/o NCO Financial,   P.O. Box 15270,   Wilmington, DE 19850-5270
13654389        +EDI: VERIZONEAST.COM Oct 19 2016 01:49:00    Verizon,   500 Technology Drive,   Suite 550,
                 Weldon Spring, MO 63304-2225
13654388         EDI: VERIZONCOMB.COM Oct 19 2016 01:49:00    Verizon,   P.O. Box 920041,
                 Dallas, TX 75392-0041
                                                                                               TOTAL: 22

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              Borough of Swissvale
cr              Pontus Investment Portfolio I, LLC.
cr*            +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
cr*             JD Contracting & Construction, Inc.,   7510 Dixon Street,   Pittsburgh,, PA 15218
13745973*      +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
                                                                                   TOTALS: 3, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Pontus Investment Portfolio I, LLC.
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    trusteesikirica@consolidated.net,
               PA59@ecfcbis.com;a.a.farrell@comcast.net;KTosadori@bglaw-llp.com;JSikirica@bglaw-llp.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Swissvale jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Woodland Hills School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Rodney D. Shepherd    on behalf of Plaintiff Patricia A. Domis rodsheph@cs.com
              Rodney D. Shepherd    on behalf of Debtor Patricia A. Domis rodsheph@cs.com
              Thomas J. Michael    on behalf of Creditor    JD Contracting & Construction, Inc.
               tmichael@tjmandassociates.com
              Thomas J. Michael    on behalf of Defendant    J.D. Contracting & Construction, Inc.
               tmichael@tjmandassociates.com
                                                                                               TOTAL: 11
```