In the United States Bankruptcy Court
For the Western District of Pennsylvania

In RE: PATRICIA DOMIS

Account Number: 0969

Case Number: 13-22475

**Redemption Agreement**

The undersigned ("Debtor(s)"), having filed a Petition under Chapter 7 of the Bankruptcy Code is/are indebted to the below named Creditor as evidence by certain loan or contract documents, dated 03/07/13, upon which there remains unpaid the balance of $ 1660.23 . For valuable consideration, the undersigned agree(s) as follows.

REDEMPTION. The Debtor(s) redeem(s) and agrees to pay the Creditor the sum of $ 1000.00 on or before 10/19/16. The Parties agree that this Agreement may be filed with the Bankruptcy Court immediately after its execution.

This agreement is controlled by 11USC 722. Upon payment of the redemption amount in good funds, Springleaf Financial Services, Inc. and/or its affiliates, will release any lien(s) or title(s) associated with the above referenced account.

Debtor:

PATRICIA DOMIS
(Print Name)

_Patricia Domis_
(Signature)

10-24-2016
(Date)

Debtor Attorney:

RODNEY D SHEPHERD
(Print Name)

_Rodney D. Shepherd_
(Signature)

10/24/2016
(Date)

Accepted by Creditor
SPRINGLEAF FINANCIAL SERVICES OF PENNSYLVANIA, INC.

PO Box 3251
Evansville, IN 47731-3251


TROY A. PREHER (CS)
Collection Support Specialist


UNCY41 (05-01-11) Redemption Agreement