Form 404

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

175 – 174
msch

In re:

Patricia A. Domis
   Debtor(s)

Bankruptcy Case No.: 13–22475–JAD
Doc. # 174
Chapter: 7
Hearing Date: 11/29/16 at 10:00 AM

## CERTIFICATE OF SERVICE OF Redemption Agreement and Scheduling Order
**(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on 10/25 and 10/27 electronic    and will-U.S. Mail
         **(Date)** filing)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: electronic filing and U.S. Mail, first class, postage pre-paid

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

Jeffery Sikirica, Esq.
Chapter 7 Trustee
trusteesikirica @ consolidated. net
* redemption agreement (served on 10/25/2016)
* order (served on 10/27/2016)

Springleaf Financial Services
Attn. Troy A. Preher
P.O. Box 3251
Evansville, PA 47731-3251
* U.S. Mail first class, postage pre-paid

By: Rodney D. Shephard
    (Signature)
    Rodney D. Shepherd
    Typed Name

2403 Sidney St. #208, Pittsburgh, PA 15203
Address
412-471-9670
Phone No.
PA I.D. 56914
List Bar I.D. and State of Admission