**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

```
IN RE: PATRICIA A. DOMIS,     ) 13-22475 JAD
                              )
          Debtor.             ) Chapter 7
                              )
                              )
                              ) Docket No. 177
                              ) Related to Docket Nos. 174, 175,
                              )                         176
                              )
                              ) Hearing Date & Time: 11/29/2016
                              )                   at 10:00 a.m.
```

**CERTIFICATE OF NO OBJECTION REGARDING**
**Redemption Agreement**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Redemption Agreement has been received.  The undersigned further certifies that the Court's docket in this case reviewed and no answer, objection or other responsive pleading to the Redemption Agreement appears thereon.  Pursuant to the Hearing Notice attached with the Redemption Agreement, objections to the Redemption Agreement were to be filed and served no later than November 22, 2016.

    It is hereby respectfully requested that an order be entered by the Court with respect to the Redemption Agreement.

By: /s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtor
PA I.D. No. 56914
rodsheph@cs.com

2403 Sidney Street
Suite 208
Pittsburgh, PA 15203
(412) 471-9670

Date: 11/26/2016