# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PATRICIA A. DOMIS, | ) Bankr. No. 13-22475 JAD |
| | ) |
| Debtor. | ) Chapter 7 |
| | ) |
| PATRICIA A. DOMIS, | ) Docket No. 181 |
| | ) Related to Docket No. 179, 180 |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) Hearing Date & Time: 1/24/2017 at 10:00 a.m. |
| JD CONTRACTING & CONSTRUCTION, INC., | ) |
| | ) |
| Respondent. | ) |

## CERTIFICATE OF SERVICE

      I, Rodney D. Shepherd, Esquire hereby certifies that a true and correct copy of the Debtor's Motion To Avoid Lien, Exhibits, Proposed Order, Certificate of Service and Hearing Notice were served on December 14, 2016 by electronic filing and U.S. mail, first class, postage pre-paid, upon the following entities:

Thomas J. Michael, Esquire
tmichael@tjmandassociates.com

Jeffrey Sikirica, Esquire
Chapter 7 Trustee
trusteesikirica@consolidated.net

J.D. Contracting & Construction, Inc.
7510 Dixon Street
Pittsburgh, PA 15218

      By: /s/ Rodney D. Shepherd
         Rodney D. Shepherd, Esquire
         Attorney for the Debtor
         PA I.D. No. 56914
         rodsheph@cs.com
         2403 Sidney Street
         Suite 208
         Pittsburgh, PA 15203
         (412) 471-9670