**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

```
IN RE: PATRICIA A. DOMIS,      ) 13-22475 JAD
                               )
           Debtor.             ) Chapter 7
                               )
     PATRICIA A. DOMIS,         ) Docket No. 189
                               ) Related to Docket No. 186, 187
           Movant,             )
                               ) Hearing Date & Time: 2/21/2017
           vs.                 )                      at 10:00 a.m.
                               )
     JD CONTRACTING &          )
     CONSTRUCTION, INC.,       )
                               )
           Respondent.         )
```

**CERTIFICATE OF NO OBJECTION REGARDING**
**Motion To Avoid Lien**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion To Avoid Lien has been received.  The undersigned further certifies that the Court's docket in this case reviewed and no answer, objection or other responsive pleading to the Motion To Avoid Lien appears thereon.  Pursuant to the Hearing Notice attached with the Motion To Avoid Lien, objections to the Motion To Avoid Lien were to be filed and served no later than February 4, 2017.

It is hereby respectfully requested that an order be entered by the Court with respect to the Motion To Avoid Lien.

By: /s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtor
PA I.D. No. 56914
rodsheph@cs.com

2403 Sidney Street
Suite 208
Pittsburgh, PA 15203
(412) 471-9670

Date: 2/7/2017