# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** PATRICIA A. DOMIS
**Case Number:** 13-22475-JAD    **Chapter:** 7
**Date / Time / Room:** TUESDAY, FEBRUARY 07, 2017 10:00 AM    COURTROOM D
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

## Matter:

Debtor's Motion To Avoid Lien On Real Property v. J.D. Contracting And Construction, Inc. - No Response Filed  [Due 2/4/2017]
R / M #:   184 / 0

## Appearances:

CHAPTER 7 TRUSTEE:  JEFFREY J. SIKIRICA, ESQUIRE
DEBTOR:  RODNEY D. SHEPHERD, ESQUIRE
CREDITOR:

## Proceedings:

__(✓)__ Motion is GRANTED  ____ DENIED
____ Special Type Of Order:
____ CONTINUE MATTER:
        ____ For At Least _____ Days (Court To Issue Scheduling Order)
        ____ To Hearing Date Of _____ at _____ AM/PM at _____
        ____ To Conciliation Conference For _____ at _____ AM/PM at _____
____ ISSUE EVIDENTIARY HEARING NOTICE
        ____ Evidentiary Hearing On Value And Cram-Down Interest
        ____ Complex / Pretrial Order - NONJURY  /  JURY
        ____ Simple / Pretrial Order - NONJURY  /  JURY
        ____ Parties To Undertake Discovery - Discovery Period: _____ days
____ SETTLEMENT STIPULATION IS DUE _____
____ OTHER:

**- Order Entered 2/7/2017 Granting Motion**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
2/7/17 10:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA