UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PATRICIA A. DOMIS, | ) |
| | ) Bankruptcy No. 13-22475-JAD |
| Debtor. | ) Chapter 7 |
| | ) |
| PATRICIA A. DOMIS, | ) Docket No. 184 |
| | ) Related to Docket No. 55, 159 |
| | ) |
| Movant, | ) |
| | ) Hearing Date & Time: 2/7/2017 at 10:00 AM |
| vs. | ) |
| | ) |
| | ) |
| | ) |
| JD CONTRACTING & | ) |
| CONSTRUCTION, INC., | ) |
| Respondent. | ) |

*Default*

ORDER AVOIDING LIEN ON REAL ESTATE

AND NOW, this 7th day of February, 2017, upon consideration of the Debtor's motion to avoid and cancel a lien which impairs an exemption of the Debtor,

It is hereby ORDERED AND DECREED that the lien held by JD Contracting & Construction, Inc. on Debtor's real estate at 201 Lilmont Drive, Pittsburgh, PA 15218, entered of record as Civil Docket (Civil Action): GD-11-023598 (Allegheny County) be and hereby is avoided.

_____
Jeffery A. Deller
Chief U.S. Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    Patricia A. Domis
    Rodney D. Shepherd, Esquire
    Jeffrey J. Sikirica, Esquire
    Office of United States Trustee

FILED
2/7/17 10:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 13-22475-JAD
Patricia A. Domis                                               Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: gamr            Page 1 of 1         Date Rcvd: Feb 07, 2017
                             Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2017.
db             +Patricia A. Domis,    201 Lilmont Drive,    Pittsburgh, PA 15218-2210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Pontus Investment Portfolio I, LLC.
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Pontus Investment Portfolio I, LLC.
               bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    trusteesikirica@consolidated.net,
               PA59@ecfcbis.com;a.a.farrell@comcast.net;KTosadori@bglaw-llp.com;JSikirica@bglaw-llp.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,    cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Swissvale jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Woodland Hills School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Rodney D. Shepherd    on behalf of Plaintiff Patricia A. Domis rodsheph@cs.com
              Rodney D. Shepherd    on behalf of Debtor Patricia A. Domis rodsheph@cs.com
              Thomas J. Michael    on behalf of Creditor    JD Contracting & Construction, Inc.
               tmichael@tjmandassociates.com
              Thomas J. Michael    on behalf of Defendant    J.D. Contracting & Construction, Inc.
               tmichael@tjmandassociates.com
                                                                                             TOTAL: 12