**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

```
IN RE: PATRICIA A. DOMIS,     ) Bankr. No. 13-22475 JAD
                              )
              Debtor.         ) Chapter 7
                              )
      PATRICIA A. DOMIS,      )
                              )
              Plaintiff,      ) Docket No. 197
                              ) Rel. to Docket No. 195, 196
                              )
              vs.             )
                              ) Hearing Date & Time: 3/21/2017
      J.D. CONTRACTING &      )                  at 10:00 a.m.
      CONSTRUCTION, INC.,     )
                              )
              Defendant.      )
```

**CERTIFICATE OF NO OBJECTION REGARDING**
**Motion To Correct A Previous Entered Order**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Correct a Previous Entered Order has been received. The undersigned further certifies that the Court's docket in this case reviewed and no answer, objection or other responsive pleading to the Motion to Correct a Previous Entered Order appears thereon.  Pursuant to the Hearing Notice attached with the Motion to Correct a Previous Entered Order, objections to the Motion to Correct a Previous Entered Order were to be filed and served no later than March 6, 2017.

It is hereby respectfully requested that an order be entered by the Court with respect to the Motion to Correct a Previous Entered Order.

By:/s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtor
PA I.D. No. 56914
rodsheph@cs.com

2403 Sidney Street
Suite 208
Date: 3/7/2017
Pittsburgh, PA 15203
(412) 471-9670