**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Patricia A. Domis**
  Debtor(s)

Bankruptcy Case No.: 13–22475–JAD

Chapter: 7

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

     Jeffrey J. Sikirica is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: March 30, 2017

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Patricia A. Domis  
    Debtor

Case No. 13-22475-JAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Mar 30, 2017  
                Form ID: 129     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2017.  
tr      +Jeffrey J. Sikirica,    BLUMLING & GUSKY, LLP,    1200 Koppers Building,    436 Seventh Avenue,      Pittsburgh, PA 15219-1848

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2017                                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2017 at the address(es) listed below:

         Andrew F Gornall    on behalf of Creditor    Pontus Investment Portfolio I, LLC.  
          agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         James Warmbrodt    on behalf of Creditor    Pontus Investment Portfolio I, LLC. bkgroup@kmllawgroup.com  
         Jeffrey J. Sikirica    trusteesikirica@consolidated.net, PA59@ecfcbis.com;a.a.farrell@comcast.net;KTosadori@bglaw-llp.com;JSikirica@bglaw-llp.com  
         Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com  
         Jeffrey R. Hunt    on behalf of Creditor    Borough of Swissvale jhunt@grblaw.com, cnoroski@grblaw.com  
         Jeffrey R. Hunt    on behalf of Creditor    Woodland Hills School District jhunt@grblaw.com, cnoroski@grblaw.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
         Rodney D. Shepherd    on behalf of Plaintiff Patricia A. Domis rodsheph@cs.com  
         Rodney D. Shepherd    on behalf of Debtor Patricia A. Domis rodsheph@cs.com  
         Thomas J. Michael    on behalf of Creditor    JD Contracting & Construction, Inc. tmichael@tjmandassociates.com  
         Thomas J. Michael    on behalf of Defendant    J.D. Contracting & Construction, Inc. tmichael@tjmandassociates.com  
                                                                                                                                                                            TOTAL: 12